AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jerrid Vincent WILHA | ) | Case No. |
| | ) | 7:21-MJ-112 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
March 25, 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY: M. Ramirez
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 1, 2021** in the county of **Ector** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 115(a)(1)(B) & (b)(4) | Threatens to assault, kidnap, or murder a United States Official, a United States Judge, a Federal Law Enforcement Officer, or an official whose killing would be a crime. |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein as if set forth in full.

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ Marcus D. Ivey
*Complainant's signature*

Marcus D. Ivey, Special Agent, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/25/2021

*Judge's signature*

City and state: Midland, Texas

Ronald C. Griffin, US Magistrate Judge
*Printed name and title*